## EVERETT v. DUKE UNIVERSITY

No. 223P91

Case below: 102 N.C.App. 579

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## FRANKLIN COUNTY v. BURDICK

No. 374A91

Case below: 103 N.C.App. 496

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 2 October 1991.

## GOINS v. OAKLEY

No. 376P91

Case below: 103 N.C.App. 525

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## GRAVES v. LANGFORD

No. 303P91

Case below: 102 N.C.App. 582

Petition by defendants (Langford and High Point Black Caucus) for writ of certiorari to the North Carolina Court of Appeals denied 2 October 1991.

## HILL v. JOHNSON

No. 328P91

Case below: 103 N.C.App. 389

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.